PROB 35  
(Rev 3/93)

Report and Order Terminating Supervision  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                         Docket No. 4:97-CR-11-1F

KEVIN ANTWON WRIGHT

On Tuesday, October 9, 2007, the above named was placed on supervised release for a period of 5 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Dwayne K. Benfield  
Dwayne K. Benfield  
Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this the 20th day of March, 2012.

James C. Fox  
Senior U.S. District Judge